502

HELEN WINKLER *ET AL.*, PLAINTIFFS-PETITIONERS, v. HARTFORD ACCIDENT & INDEMNITY CO. *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Heuser, Heuser & De Maio* for the petitioners.

*Mr. Robert W. Criscuolo* for the respondent.

July 1, 1963.   Denied.

ELIZABETH B. GAMBLIN, PLAINTIFF-RESPONDENT, v. RODGER L. GAMBLIN, DEFENDANT-PETITIONER.

*Mr. Morris N. Hartman* for the petitioner.

*Messrs. Riker, Danzig, Scherer & Brown* and *Mr. Everett M. Scherer* for the respondent.

July 1, 1963.   Denied.